IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                           Case No: 3:97cr78/RV
                                                  3:05cv189/RV/MD

GHASSEN GEORGE MOUREY
_____

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 18, 2005. The defendant previously has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a *de novo* determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed by the parties, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The government's motion to dismiss the § 2255 motion to vacate is denied and it is directed to respond to the merits of defendant's motion within thirty (30) days of this order.

DONE AND ORDERED this 16th day of August, 2005.

                                                     /s/ *Roger Vinson*
                                                     **ROGER VINSON**
                                                     **SENIOR UNITED STATES DISTRICT JUDGE**